UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN ONION SALES, INC., | Case No.:  25-cv-03798-AJB-MSB |
| Plaintiff, | |
| v. | **ORDER IN PREPARTION OF MOTION HEARING** |
| MORIAH PRODUCE, INC., et al., | |
| Defendants. | |

On July 22, 2026, the Court will hold a hearing on Plaintiff's motion for default judgment. (Doc. No. 10.) Having reviewed the papers, the Court directs counsel to file a supplement that includes an updated itemized billing record in support of the requested attorneys' fees **no later than <u>July 21, 2026</u>**. Additionally, counsel must be prepared to address the following at the hearing:

*Merits of Plaintiff's Claim & Sufficiency of Complaint*

1.      Whether status as a PACA licensee is sufficient to demonstrate that a party is a commission merchant, dealer or broker.

2.      In light of both Plaintiff and Corporate Defendants being California citizens, whether there is a factual basis to support the allegation that the goods were purchased in contemplation of the course of interstate and/or foreign commerce.

1

25-cv-03798-AJB-MSB

3.    Whether there is a factual basis for alleging the trust assets are unavailable or otherwise insufficient to satisfy the PACA liability.

*Sum of Money at Stake in the Action*

4.    The inconsistency with Invoice #63625, which is listed in Plaintiff's amortization chart as $2,570.50 due (Doc. No. 10-3 at 38) and is listed on the actual invoice as $6,525.00 due (Doc. No. 10-2 at 8).

5.    Whether it is reasonable to bill clerical work completed by Timothy Dorsey at a paralegal rate (Doc. No. 10-3 (billing $419.40 for 1.30 hours of electronic filing)). *Cf. Missouri v. Jenkins by Agyei*, 491 U.S. 274, 288 n.10 (1989).

**IT IS SO ORDERED.**

Dated:  July 17, 2026

_____

Hon. Anthony J. Battaglia
United States District Judge

25-cv-03798-AJB-MSB